| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

~~United States District~~ trict Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| PAUL STURGEON, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:15-CV-02628 |
| WILLIAM STEPHENS, | § | |
| Director, Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On March 21, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 26), to which the petitioner objected (Dkt. 27). After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _April 22_____, 2016, at Houston, Texas.

                                                Lynn N. Hughes
                                         United States District Judge